JUDGE LEON SCHYDLOWER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2024 JUL 26  PM 6:40
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE 24TH CIVIL
COURT OF ISTANBUL IN ISTANBUL,
TÜRKIYE IN THE MATTER OF EMINE
EKE V. ESTATE OF SAFAK EKE

Case No. _____  **EP:24-MC-00259**

_____/

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Krysta M. Stanford, Trial Attorney, at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining financial records from American Express. Certain evidence has been requested by the 24th Civil Court of Istanbul in Istanbul, Türkiye ("Turkish Court"), pursuant to a Letter of Request issued by the Turkish Court in connection with a civil judicial proceeding captioned *Emine Eke v. Estate of Safak Eke*, Foreign Reference Number 2022/222.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated:  July 25, 2025

Respectfully submitted,

JAIME ESPARZA
United States Attorney

BRIAN M. BOYNTON
Acting Associate Attorney General

AUGUST E. FLENTJE
Director, Office of Foreign Litigation
United States Department of Justice, Civil Division

By: _____
KRYSTA M. STANFORD
Trial Attorney
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street NW, Room 8024
Washington, DC 20530
Telephone: 202-353-2148
Email: Krysta.M.Stanford@usdoj.gov

2